UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JEROME L. GRIMES** | **CIVIL ACTION NO. 17-00059** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **KANGAROO OIL & GAS STATION, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 23], and after a *de novo* review of the entire record, including Plaintiff's written objections, and concurring with the Magistrate Judge's findings under applicable law,

IT IS ORDERED that Plaintiff's putative motion for leave to amend is DENIED as futile.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint [Doc. No. 1] is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

MONROE, LOUISIANA this 24th day of October, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE